IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS FERNANDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 11-cv-07091 |
| v. | ) |
| | ) Judge James B. Zagel |
| INTERCALL, INC. | ) |
| | ) |
| Defendant. | ) |

# PARTIES' STIPULATED CASE SCHEDULE

Plaintiff Dennis Fernandez ("Fernandez") and Defendant Intercall, Inc. ("Intercall") hereby submit the following agreed case schedule. The first status hearing in this case is not scheduled until February 15, 2011. The Local Patent Rules require disclosures to begin within 14 days of the filing of Intercall's Answer, which occurred on November 30, 2011. The parties have agreed to begin L.P.R. 2.1 disclosures on January 6, 2012, and to follow the Local Patent Rule dates thereafter, resulting in the following case schedule:

| Event | Stipulated Date |
|---|---|
| LPR 2.1 Disclosures and Rule 26(a)(1) Disclosures | January 6, 2012 |
| LPR 2.2 Initial Infringement Contentions | January 20, 2012 |
| LPR 2.3 Initial Non-Infringement, Unenforceability and Invalidity Contentions and LPR 2.4 Document Production | February 3, 2012 |

Respectfully submitted,


By: /s/__Kara L. Szpondowski_____
    Paul K. Vickrey
    Patrick F. Solon
    Kara L. Szpondowski
    Oliver D. Yang
    Daniel R. Ferri
    NIRO, HALLER & NIRO
    181 W. Madison St., Suite 4600
    Chicago, Illinois  60602
    Phone: (312) 236-0733
    Fax:  (312) 236-3137
    E-mail: vickrey@nshn.com
    E-mail: solon@nshn.com
    E-mail: szpondowski@nshn.com
    E-mail: dferri@nshn.com
    E-mail: oyang@nshn.com


    /s/_Paul J. Skiermont_____
    Paul J Skiermont
    SKIRERMONT PUCKETT LLP
    2200 Ross Avenue
    Suite 4301W
    Dallas, TX 75201
    Paul.skiermont@skiermontpuckett.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on December 14, 2011 the foregoing **PARTIES' STIPULATED CASE SCHEDULE** was filed with the Clerk of Court using the CM/ECF system.

*Counsel for InterCall, Inc.*

Paul J Skiermont
SKIRERMONT PUCKETT LLP
2200 Ross Avenue
Suite 4301W
Dallas, TX 75201
Paul.skiermont@skiermontpuckett.com


/s/ Kara L. Szpondowski
Attorney for Plaintiff